Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
YVONNE AGNES SCOTT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| YVONNE AGNES SCOTT,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, INC., D/B/A/ ANCHOR RECEIVABLES MANAGEMENT, a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. C08-02926-JF-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　COMES NOW the Plaintiff, YVONNE AGNES SCOTT, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, YVONNE AGNES SCOTT, hereby dismisses, with prejudice, all claims made by her against Defendant, PORTFOLIO RECOVERY ASSOCIATES, INC., D/B/A/ ANCHOR RECEIVABLES MANAGEMENT, in her Complaint filed herein on June 11, 2008. Plaintiff further notifies the Court that her dispute with Defendant has been settled.

Dated: August 29, 2008　　　　　　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　YVONNE AGNES SCOTT